UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| M- H- J-, )<br>)<br>      Petitioner, )<br>)<br>      v. )<br>)<br>BRANDON CROWLEY, )<br>CHARLES MILLER, )<br>DOUGLAS THOMPSON, )<br>Secretary KRISTI NOEM, )<br>PAMELA BONDI, )<br>)<br>      Respondents. ) | No. 2:25-cv-00658-JPH-MJD |

**ORDER DIRECTING CLERK TO ISSUE AMENDED FINAL JUDGMENT**

The Court granted Petitioner's petition for a writ of habeas corpus on January 12, 2026, and issued final judgment that same day. Dkts. 18, 19. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**SO ORDERED.**

Date: 1/22/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel