UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| M- H- J-, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-00658-JPH-MJD |
| | ) | |
| BRANDON CROWLEY, | ) | |
| CHARLES MILLER, | ) | |
| DOUGLAS THOMPSON, | ) | |
| Secretary KRISTI NOEM, | ) | |
| PAMELA BONDI, | ) | |
| | ) | |
| Respondents. | ) | |

**AMENDED FINAL JUDGMENT**

The Court has granted the petition for a writ of habeas corpus to the extent that **no later than 5:00 p.m. on January 15, 2026**, Respondents must either: (1) provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a); or (2) release Petitioner from custody, under reasonable conditions of supervision. The Court now enters final judgment.

Date: 1/22/2026

Kristine L. Seufert, Clerk

BY: _____
      Deputy Clerk, U.S. District Court

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel